## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DIANA MAYA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-01704 |
| | ) | |
| v. | ) | Hon. Judge Thomas M. Durkin |
| | ) | |
| INPAX SHIPPING SOLUTIONS INC and SHIPINPAX, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

## AGREED STIPULATION OF DISMISSAL

Now come the Plaintiff, Diana Maya, and the Defendants, Inpax Shipping Solutions, Inc and Shipinpax, LLC, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above matter with prejudice, with each party bearing its own costs and attorneys' fees, the parties having independently settled their underlying dispute.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| DIANA MAYA | INPAX SHIPPING SOLUTIONS INC, & SHIPINPAX, LLC |
| | |
| By: /s/ David B. Levin<br>Attorney for Plaintiff<br>Illinois Attorney No. 6212141<br>Law Offices of Todd M. Friedman, P.C.<br>333 Skokie Blvd., Suite 103<br>Northbrook, IL 60062<br>Phone: (224) 218-0882<br>dlevin@toddflaw.com | By: /s/ Katherine P. Decker<br>Attorney for Defendant<br>ARDC No. 6323799<br>O'Hagan Meyer, LLC<br>1 E. Wacker Drive, Suite 3400<br>Chicago, IL 60601<br>Phone: (312) 422-6100<br>kdecker@ohaganmeyer.com |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 3, 2019 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                      <u>/s/ David B. Levin</u>
                                                      Attorney for Plaintiff